FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

NOV 25 2024

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Lillie M. Middlebrooks, *pro se*
P.O. Box 1152
Rome, Georgia 30162

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **LILLIE M. MIDDLEBROOKS,**<br><br>Plaintiff,<br><br>vs.<br><br>**EQUIFAX INC., EQUIFAX INFORMATION SERVICES LLC,**<br><br>Defendants. | **Case No. 1:24-cv-03921-SCJ-JSA**<br><br>**AMENDED COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT**<br><br>**JURY TRIAL DEMAND** |

## AMENDED COMPLAINT AND JURY TRIAL DEMAND

1. Plaintiff, Lillie M. Middlebrooks, appearing *pro se*, hereby files Plaintiff's Amended Complaint against Equifax Inc and Equifax Information Services LLC and states alleges, and avers as follows:

## PRELIMINARY STATEMENT

2. This is an action for actual damages, punitive damages, costs, and attorneys' fees pursuant to 15 U.S.C. §§ 1681, et seq. of the Fair Credit Reporting Act for Equifax Inc. and Equifax Information Services LLC's intentional failure

to produce Plaintiff with a free copy of Plaintiff's Equifax credit file in 2022 and 2024 as mandated by the FACT Act.

## JURISDICTION & VENUE

3. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b), because the events, acts, and omissions giving rise to Plaintiff's claims occurred in this District in that Equifax Inc. and Equifax Information Services LLC carried out Equifax Inc. and Equifax Information Services LLC's intentional failure to produce Plaintiff's Equifax's credit file as mandated by the FACT Act from this judicial district because Equifax Inc. and Equifax Information Services LLC resides in this judicial district.

## PARTIES

5. Plaintiff, Lillie M. Middlebrooks is an adult individual who is a citizen of the State of Georgia.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

7. Defendant Equifax Inc. "Equifax" is a Georgia corporation with its principal place of business located at 1550 Peachtree St. NW, H46, Atlanta, Georgia 30309-2402.

8. Defendant, Equifax Information Services LLC ("Equifax"), is a Georgia limited liability company with its principal place of business located at 1550 Peachtree St. NW, H46, Atlanta, Georgia 30309-2402.

## FACTUAL ALLEGATIONS

9. Equifax Inc. is the parent corporation to Equifax Information Services LLC. and owns 100% of Equifax Information Services LLC.

10. Equifax Inc. is regulated as a "consumer reporting agency" ("CRA") under the FCRA 15 U.S.C. § 1681a(f).

11. Equifax Information Services LLC is regulated as a "consumer reporting agency" ("CRA") under the FCRA 15 U.S.C. § 1681a(f).

12. Equifax Information Services LLC is wholly owned by Equifax, Inc., and both Equifax Inc. and Equifax Information Services LLC act as agents or the alter-egos of each other in regards to the Fair Credit Reporting Act and in regards the FACT Act.

13. Equifax Inc. "Equifax" is a nationwide Consumer Reporting Agency (CRA) that issues Annual File Disclosures pursuant to the FACT Act.

14. Equifax Information Services LLC ("Equifax"), is a nationwide Consumer Reporting Agency (CRA) that issues Annual File Disclosures pursuant to the FACT Act.

15. Central Source LLC is the centralized source for consumers to request Annual File Disclosures from nationwide consumer reporting agencies as mandated under 12 C.F.R. § 1022.136 (a).

16. The purpose of the centralized source is to enable consumers to make a single request to obtain annual file disclosures from all nationwide consumer reporting agencies, as required under section 612(a) of the FCRA, 15 U.S.C. 1681j(a). See 12 C.F.R. § 1022.136 (a).

17. Central Source LLC is jointly owned by Equifax Inc. ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union").

18. The Fair and Accurate Credit Transactions Act, or FACT Act, is an amendment to the Fair Credit Reporting Act that was introduced back in 2003.

19. The FACT Act is the law that grants consumers access to one free credit report every 12 months from each nationwide consumer credit reporting agency, namely, Experian, Equifax, and Trans Union.

20. The FACT Act mandated for Experian, Equifax, and Trans Union to create a "centralized source" for consumers to contact for a free credit report as authorized under the FACT Act.

21. In 2004, Experian joined Equifax, and Trans Union to set up a central contact point through which consumers may request a free annual credit disclosure from each of the nationwide credit-reporting agencies.

22. Thereinafter, Equifax, Experian, and Trans Union jointly created a company called "Central Source, LLC" as a joint venture to process consumers' requests for free annual disclosures as mandated under the FACT Act.

23. To receive a free annual credit report, consumers need to provide Central Source, LLC with the consumer's name, consumer's address, consumer's Social Security number, and consumer's date of birth and then mail the consumer's request for an annual credit report to

**Annual Credit Report Request Service**

**P.O. Box 105281**

**Atlanta, GA 30348-5281**

24. On August 31, 2022, Plaintiff forwarded to Central Source, LLC in Atlanta, Georgia a properly completed "Annual Credit Report Request Form" via United States Postal Service, first class mail to request for disclosure and

production of Plaintiff's free annual credit report from Equifax, Trans Union, and Experian.[1]

25. A copy of "Annual Credit Report Request Form" is attached hereto as Exhibit A.

26. Within the Annual Credit Report Request Form, Plaintiff provided Central Source, LLC, Equifax, Trans Union, and Experian with Plaintiff's name, Plaintiff's address, Plaintiff's Social Security number, and Plaintiff's date of birth for Central Source, LLC, Equifax, Trans Union, and Experian to mail Plaintiff's free Equifax's credit report to Plaintiff's mailing address located in Northwest Georgia.

---

[1] The relation back doctrine allows an amended complaint to be treated as if it was filed on the same date as the original complaint. This is important because it allows parties to add new claims or fix errors without being subject to the statute of limitations. Rule 15(c)(1)(B) provides that an amended pleading relates back when "the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading." FED. R. CIV. P. 15(c)(1)(B). This rule is usually understood to allow amendments to add new claims or defenses that are transactionally related to that in the original pleading, or to assert new legal theories. See, e.g., United States ex rel. Bledsoe v. Cmty. Health Sys., Inc., 501 F.3d 493, 516 (6th Cir. 2007).

27. Under the FACT Act, Equifax Inc. and Equifax Information Services LLC had until September 15, 2022 to provide Plaintiff with Plaintiff's free Equifax credit report.

28. However, Equifax Inc. and Equifax Information Services LLC never provided Plaintiff with Plaintiff's free annual consumer disclosure within fifteen (15) days after the receipt of Plaintiff's request for a free credit report that Plaintiff forwarded to Central Source, LLC on August 31, 2022. See 15 U.S.C. § 1681j(a)(2).

29. However, Trans Union and Experian provided Plaintiff with Plaintiff's free annual consumer disclosure within fifteen (15) days after the receipt of Plaintiff's request for a free credit report that Plaintiff forwarded to Central Source, LLC on August 31, 2022.

30. At all relevant times, Equifax Inc. and Equifax Information Services LLC did not have probable cause not to produce Plaintiff with a copy of Plaintiff's free Equifax credit report on September 15, 2022, because Plaintiff qualified to receive a free copy of Plaintiff's free Equifax credit report under the FACT Act because Trans Union and Experian complied with the FACT Act and provided Plaintiff with Plaintiff's free Trans Union credit report and free Experian credit report within fifteen (15) days after the receipt of Plaintiff's request for a

free credit report that Plaintiff forwarded to Central Source, LLC under the FACT Act on August 31, 2022.

31. At all relevant times, Equifax Inc. and Equifax Information Services LLC did not have probable cause not to produce Plaintiff with a copy of Plaintiff's free Equifax credit report on September 15, 2022, because Plaintiff qualified to receive a free copy of Plaintiff's free Equifax credit report under the FACT ACT because Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

32. On July 31, 2024, Plaintiff forwarded to Central Source, LLC in Atlanta, Georgia a properly completed "Annual Credit Report Request Form" via United States Postal Service, first class mail to request for disclosure and production of Plaintiff's free annual credit report from Equifax, Trans Union, and Experian.

33. A copy of "Annual Credit Report Request Form" is attached hereto as Exhibit B.

34. Within the Annual Credit Report Request Form, Plaintiff provided Central Source, LLC, Equifax, Trans Union, and Experian with Plaintiff's name, Plaintiff's address, Plaintiff's Social Security number, and Plaintiff's date of birth for Central Source, LLC, Equifax, Trans Union, and Experian to mail Plaintiff's

free Equifax's credit report to Plaintiff's mailing address located in Northwest Georgia.

35. Under the FACT Act, Equifax Inc. and Equifax Information Services LLC had until August 15, 2024 to provide Plaintiff's with Plaintiff free Equifax credit report.

36. However, Equifax Inc. and Equifax Information Services LLC never provided Plaintiff with Plaintiff's free annual consumer disclosure within fifteen (15) days after the receipt of Plaintiff's request for a free credit report that Plaintiff forwarded to Central Source, LLC on July 31, 2024. See 15 U.S.C. § 1681j(a)(2).

37. However, Trans Union and Experian provided Plaintiff with Plaintiff's free Trans Union credit report and with Plaintiff's free Experian credit within fifteen (15) days after the receipt of Plaintiff's request for a free credit report that Plaintiff forwarded to Central Source, LLC on July 31, 2024.

38. At all relevant times, Equifax Inc. and Equifax Information Services LLC did not have probable cause not to produce Plaintiff with a copy of Plaintiff's free Equifax credit report on August 15, 2024, because Plaintiff qualified to receive a free copy of Plaintiff's free Equifax credit report under the FACT ACT because Trans Union and Experian complied with the FACT Act and provided Plaintiff with Plaintiff's free Trans Union credit report and free Experian

credit report within fifteen (15) days after Plaintiff forwarded Plaintiff "Annual Credit Report Request Form" to Central Source, LLC under the FACT Act on July 31, 2024.

39. At all relevant times, Equifax Inc. and Equifax Information Services LLC did not have probable cause not to produce Plaintiff with a copy of Plaintiff's free Equifax credit report on August 15, 2024, because Plaintiff qualified to receive a free copy of Plaintiff's free Equifax credit report under the FACT Act because Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

40. In doing the acts and omissions as set out in this complaint, Equifax Inc., and Equifax Information Services LLC willfully denied Plaintiff with a free copy of Plaintiff's Equifax credit file in 2022 and 2024 under the FACT ACT because Trans Union and Experian complied with the FACT Act and provided Plaintiff with a free copy of Plaintiff's Trans Union credit file and Experian credit file in 2022 and 2024 within fifteen (15) days after Plaintiff forwarded Plaintiff "Annual Credit Report Request Form" to Central Source, LLC under the FACT Act on August 31, 2022 and on July 31, 2024.

41. As a result of Equifax Inc. and Equifax Information Services LLC's ill will, vindictive, and profoundly vicious conduct of refusing to provide Plaintiff with a free copy of Plaintiff's Equifax credit report in 2022 and in 2024, Plaintiff

is severely injured thus causing Plaintiff to lose out on the opportunity to receive a home equity loan greater than $10,000.00.

42. As a result of Equifax Inc. and Equifax Information Services LLC's ill will, vindictive, and profoundly vicious conduct, Plaintiff is severely injured psychologically and emotionally thus causing Plaintiff to experience excessive anxiety, worry, apprehension, feeling on edged, irritability, anger, frustration, humiliation, difficulty falling and staying asleep, interference with normal and usual activities, and profound exacerbation of physical health related problems due to Equifax Inc. and Equifax Information Services LLC's illegal denial to allow Plaintiff to dispute the inaccuracy of Plaintiff's Equifax credit file. Equifax Inc. v. F.T.C., 678 F.2d 1047, 1048 (11th Cir.1982) ("The stated purpose of the FCRA is `to prevent consumers from being unjustly damaged because of inaccurate or arbitrary information in a credit report.").

43. As a result of Equifax Inc. and Equifax Information Services LLC's ill will, vindictive, and profoundly vicious conduct, Plaintiff is severely injured causing Plaintiff to experience monetary fees for antihypertensive medical care and psychiatric care.

44. Plaintiff seeks actual damages, punitive damages, costs, and attorneys' fees, all of which are expressly provided by FCRA.

**COUNT 1**

**Willful violation of 15 U.S.C. § 1681g(a)(1) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of Plaintiff's Equifax credit report on September 15, 2022 (Against Equifax Inc. and Equifax Information Services LLC)**

**COUNT 2**

**Willful violation of 15 U.S.C. § 168lj(a)(1)(A) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of Plaintiff's Equifax credit report on September 15, 2022 (Against Equifax Inc. and Equifax Information Services LLC)**

**COUNT 3**

**Willful violation of 15 U.S.C. § 168lj(a)(2) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of Plaintiff's Equifax's credit report within 15 days of the receipt of Plaintiff's Annual Credit Report Request form mailed in 2022 (Against Equifax Inc. and Equifax Information Services LLC)**

**COUNT 4**

**Willful violation of 15 U.S.C. § 1681g(a)(1) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of Plaintiff's Equifax credit report on August 15, 2024 (Against Equifax Inc. and Equifax Information Services LLC)**

**COUNT 5**

**Willful violation of 15 U.S.C. § 168lj(a)(1)(A) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of Plaintiff's Equifax credit report on August 15, 2024 (Against Equifax Inc. and Equifax Information Services LLC)**

**COUNT 6**

**Willful violation of 15 U.S.C. § 168lj(a)(2) for Equifax Inc. and Equifax Information Services LLC's willful failure to provide Plaintiff a free copy of**

**Plaintiff's Equifax credit report within 15 days of the receipt of Plaintiff's Annual Credit Report Request form mailed in 2024 (Against Equifax Inc. and Equifax Information Services LLC)**

45. Plaintiff hereby states that paragraphs 1 through 44 contains sufficient facts to state a plausible claim for relief under 15 U.S.C. § 1681g(a)(1), 15 U.S.C. § 168lj(a)(1)(A) and 15 U.S.C. § 168lj(a)(2) of the FCRA as stated in Count 1, Count 2, Count 3, Count 4, Count 5, and Count 6 of Plaintiff's Complaint against Equifax Inc., and Equifax Information Services LLC.

46. The FCRA provides that "[e]very consumer reporting agency shall, upon request... clearly and accurately disclose to the consumer ... all information in the consumer's file at the time of the request." 15 U.S.C. § 1681g(a)(1).

47. Title 15 U.S.C. § 1681j(a)(1)(A) provides: All consumer reporting agencies described in subsections (p) and (w) of section 1681a of this title shall make all disclosures pursuant to section 1681g of this title once during any 12-month period upon request of the consumer and without charge to the consumer.

48. Title 15 U.S.C. § 1681j(a)(2) provides: A consumer reporting agency shall provide a consumer report under paragraph (1) not later than 15 days after the date on which the request is received under paragraph (1).

49. Equifax Inc. is a nationwide CRA.

50. Equifax Information Services LLC is a nationwide CRA.

51. Equifax Inc. and Equifax Information Services LLC willfully refused to provide Plaintiff with Plaintiff's free Equifax credit file upon Plaintiff's request in 2022 and 2024 in direct violation of 15 U.S.C. § 1681g(a)(1).

52. Equifax Inc. and Equifax Information Services LLC willfully refused to provide Plaintiff with Plaintiff's free Equifax credit file upon Plaintiff's request in 2022 and 2024 in direct violation of 15 U.S.C. §1681j(a)(1)(A).

53. Equifax Inc. and Equifax Information Services LLC willfully refused to provide Plaintiff with Plaintiff's free annual disclosure within fifteen (15) days of receipt of Plaintiff's properly completed "Annual Credit Report Request Form" forwarded to Central Source, LLC on August 31, 2022 and July 31, 2024 in direct violation of 15 U.S.C. § 1681j(a)(2).

54. At all relevant times, in 2022 and 2024 Plaintiff qualified under 15 U.S.C. § 1681g(a)(1), 15 U.S.C. § 168lj(a)(1)(A) and 15 U.S.C. § 168lj(a)(2) to receive a free copy of Plaintiff's Equifax Credit Report, because Trans Union and Experian complied with the FACT Act and provided Plaintiff with Plaintiff's free Trans Union credit report and free Experian credit report within fifteen (15) days after Plaintiff forwarded Plaintiff's "Annual Credit Report Request Form" to Central Source, LLC under the FACT Act on August 31, 2022 and on July 31, 2024.

55. Although Plaintiff qualified to receive a free credit report under the FACT Act in 2022 and in 2024, through Central Source LLC; Equifax Inc. and Equifax Information Services LLC willfully and recklessly withheld Plaintiff's free Equifax credit report from Plaintiff during the year of 2022 and during the year of 2024, because Trans Union and Experian complied with the FACT Act and provided Plaintiff with Plaintiff's free Trans Union credit report and free Experian credit report within fifteen (15) days after Plaintiff forwarded Plaintiff's "Annual Credit Report Request Form" to Central Source, LLC under the FACT Act August 31, 2022 and on July 31, 2024.

56. Although Plaintiff qualified to receive a free credit report under the FACT Act in 2022 and in 2024 through Central Source LLC; Equifax Inc. and Equifax Information Services LLC never produced Plaintiff with a free copy of Plaintiff's Equifax credit report during the year of 2022 and during the year of 2024.

57. Equifax Inc. and Equifax Information Services LLC willfully violated the FACT Act in 2022 and in 2024 in reckless disregard of Plaintiff's rights thereby exposing Plaintiff to an increased risk of identity theft due to Plaintiff's inability to review and dispute Plaintiff's Equifax's credit report for inaccurate information. DeAndrade v. Trans Union LLC, 523 F.3d 61, 67 (1st

Cir.2008) ("The FCRA is intended to protect consumers against the compilation and dissemination of *inaccurate* credit information.").

58. Equifax Inc. and Equifax Information Services LLC willfully violated the FACT Act in 2022 and in 2024 in reckless disregard of Plaintiff's FCRA rights to monitor the inaccuracy in Plaintiff's Equifax credit file established by Federal law. Hauser v. Equifax, Inc., 602 F.2d 811, 817 (8th Cir.1979) (The purpose of the Act's disclosure requirement is to provide the consumer with an opportunity to dispute the accuracy of information in his file.")

59. As a result of Equifax Inc. and Equifax Information Services LLC's willful violations of the FACT Act, Equifax Inc. and Equifax Information Services LLC are liable to Plaintiff for actual damages in the amount to be proven at trial.

60. As a result of Equifax Inc. and Equifax Information Services LLC's willful violations of the FACT Act, Plaintiff is entitled to punitive damages for each violation. 15 U.S.C. §1681n(a)(2).

61. As a result of Equifax Inc. and Equifax Information Services LLC's willful violations of the FACT Act, Plaintiff is entitled to recover costs of suit. 15 U.S.C. § 1681n(a)(3).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Lillie M. Middlebrooks, respectfully prays this Court for the following relief:

A) Actual damages/compensatory damages in an amount to be proved at trial for past pecuniary losses, future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, and other non-pecuniary losses as provided by 15 U.S C. § 1681n,

B) Punitive damages for willful violations of the FCRA as provided by 15 U.S.C. § 1681n(2);

C) Costs and attorneys' fees as provided for by 15 U.S.C. § 1681n(3) and 15 U.S.C. § 1681o(2);

D) Such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all claims so triable.

Date: November 25, 2024 By: [signature]

Lillie M. Middlebrooks, *pro se*
P.O. Box 1152
Rome, Georgia 30162

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared with Times New Roman 14 point, which is one of the fonts and point selections approved by the Court's Local Rule 5.1B.

Lillie M. Middlebrooks

Lillie M. Middlebrooks, *pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be mailed to the following listed below by U.S. Mail postage prepaid.

Michael Merar
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201

This_25th_______ day of November 2024

Lillie M. Middlebrooks
Lillie M. Middlebrooks, *pro se*
P.O. Box 1152
Rome, Georgia 30162

# EXHIBIT A

EQUIFAX experian TransUnion

# Annual Credit Report Request Form

**You have the right to get a free copy of your credit file disclosure, commonly called a credit report, once every 12 months, from each of the nationwide consumer credit reporting companies, Equifax, Experian and TransUnion.**

**For instant access to your free credit report, visit www.annualcreditreport.com.**

For more information on obtaining your free credit report, visit www.annualcreditreport.com or call 877-322-8228.

Use this form if you prefer to write to request your credit report from any, or all, of the nationwide consumer credit reporting companies. The following information is required to process your request. **Omission of any information may delay your request.**

**Once complete, fold (do not staple or tape), place into a #10 envelope, affix required postage and mail to:**
**Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281.**

Please use a Black or Blue Pen and write your responses in PRINTED CAPITAL LETTERS without touching the sides of the boxes like the examples listed below:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0 1 2 3 4 5 6 7 8 9

**Social Security Number:** ___ - __ - ____

**Date of Birth:** __ / __ / ____
Month Day Year

Fold Here — Fold Here

**First Name** **M.I.**

**Last Name** **JR, SR, III, etc.**

## Current Mailing Address:

**House Number** **Street Name**

**Apartment Number / Private Mailbox** **For Puerto Rico Only: Print Urbanization Name**

**City** **State** **ZipCode**

## Previous Mailing Address (complete only if at current mailing address for less than two years):

**House Number** **Street Name**

Fold Here — Fold Here

**Apartment Number / Private Mailbox** **For Puerto Rico Only: Print Urbanization Name**

**City** **State** **ZipCode**

Shade Circle Like This → ●

Not Like This → ⊗ ✓

**I want a credit report from (shade each that you would like to receive):**

- ○ **Equifax**
- ○ **Experian**
- ○ **TransUnion**

○ **Shade here if, for security reasons, you want your credit report to include no more than the last four digits of your Social Security Number.**

If additional information is needed to process your request, the consumer credit reporting company will contact you by mail.

**Your request will be processed within 15 days of receipt and then mailed to you.**

31238

Copyright 2022, Central Source LLC

# EXHIBIT B

EQUIFAX® experian. TransUnion.

# Annual Credit Report Request Form

You have the right to get a free copy of your credit file disclosure, commonly called a credit report, once every 12 months, from each of the nationwide consumer credit reporting companies, Equifax, Experian and TransUnion.

**For instant access to your free credit report, visit www.annualcreditreport.com.**

For more information on obtaining your free credit report, visit www.annualcreditreport.com or call 877-322-8228.

Use this form if you prefer to write to request your credit report from any, or all, of the nationwide consumer credit reporting companies. The following information is required to process your request. Omission of any information may delay your request.

Once complete, fold (do not staple or tape), place into a #10 envelope, affix required postage and mail to:

Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281.

Please use a Black or Blue Pen and write your responses in PRINTED CAPITAL LETTERS without touching the sides of the boxes like the examples listed below:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0 1 2 3 4 5 6 7 8 9

**Social Security Number:** [redacted] - [redacted] - [redacted]

**Date of Birth:** [redacted] / [redacted] / [redacted]

Month Day Year

Fold Here

Fold Here

LILLIE M

First Name M.I.

MIDDLEBROOKS

Last Name JR, SR, III, etc.

**Current Mailing Address:**

[redacted] [redacted]

House Number Street Name

Apartment Number / Private Mailbox

For Puerto Rico Only: Print Urbanization Name

CARTERSVILLE GA 30120

City State ZipCode

**Previous Mailing Address (complete only if at current mailing address for less than two years):**

House Number Street Name

Fold Here

Fold Here

Apartment Number / Private Mailbox

For Puerto Rico Only: Print Urbanization Name

City State ZipCode

Shade Circle Like This → ●

Not Like This → ⊗ ✓

I want a credit report from (shade each that you would like to receive):

● Equifax

● Experian

● TransUnion

○ Shade here if, for security reasons, you want your credit report to include no more than the last four digits of your Social Security Number.

31238

If additional information is needed to process your request, the consumer credit reporting company will contact you by mail.

**Your request will be processed within 15 days of receipt and then mailed to you.**

Copyright 2023, Central Source LLC